# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK REIGHTLER,<br>    Plaintiff | No. 3:13cv3019 |
| v. | (Judge Munley) |
| MONMOUTH BIOPRODUCTS, LLC<br>d/b/a MONMOUTH BIOPRODUCTS,<br>Inc. and SEAN M. DUDDY,<br>    Defendants | |

## ORDER

**AND NOW**, to wit, this 3rd day of June 2014, it is hereby ordered as follows:

1) Defendant's motion to dismiss plaintiff's complaint (Doc. 6) is **DENIED**.

2) Defendant's motion to transfer (Doc. 14) is **GRANTED**.

3) The Clerk of Court is directed to transfer this case to the United States District Court for the District of New Jersey and close the case in this district.

                                    BY THE COURT:


                                    s/ James M. Munley
                                    **JUDGE JAMES M. MUNLEY**
                                    **United States District Court**