UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANK REIGHTLER, | CIVIL ACTION NO. 14-3518 (MLC) |
| Plaintiff, | **ORDER & JUDGMENT** |
| v. | |
| MONMOUTH BIOPRODUCTS, LLC, et al., | |
| Defendants. | |

For the reasons stated in the Court's Memorandum Opinion, dated December 22, 2014, **IT IS** on this   22nd   day of December, 2014, **ORDERED** that the Court's Order to Show Cause (dkt. entry no. 25) is **GRANTED**; and it is further

**ADJUDGED** that the action is **TRANSFERRED BACK** to the United States District Court for the Middle District of Pennsylvania in order to remand to Pennsylvania state court for lack of subject-matter jurisdiction; and it is further

**ORDERED** that the Clerk of the United States District Court for the District of New Jersey designate the action as it exists in the United States District Court for the District of New Jersey as **CLOSED**; and it is further

**ORDERED** that the Clerk of the United States District Court for the District of New Jersey will mail a copy of this Order and Judgment, and the related Memorandum Opinion, to the following four addresses:

    Erin A. Brennan
    Oliver, Price & Rhodes
    1212 South Abington Road, P.O. Box 240
    Clarks Summit, PA 18411

Peter C. Lucas
Law Offices of Peter C. Lucas, LLC
725 Carol Avenue, P.O. Box 490
Oakhurst, NJ  07755

Frank Reightler
145 Unionville Road
Jim Thorpe, PA  18229

Michael J. Shafer
Zator Law
American Heritage Building
4400 Walbert Avenue
Allentown, PA 18104

   s/ Mary L. Cooper
**MARY L. COOPER**
United States District Judge